UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                     :

AMELIA CUNNINGHAM,                :

                    Plaintiff,        :          26-CV-415 (JMF)

                                 :

        -v-                       :           ORDER

                                 :

COLGATE UNIVERSITY,          :

                                 :

                    Defendant.     :

                                 :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 13, 2026, Defendant filed a motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.  (Docket No. 13).  Under Rule 15(a)(2), courts should freely give a plaintiff leave to amend a complaint when justice so requires.  Accordingly, Plaintiff is GRANTED leave to file an amended complaint no later than **March 13, 2026**.  If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion for judgment on the pleadings, Plaintiff should include those facts in the amended complaint.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion for judgment on the pleadings.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion for judgment on the pleadings; or (3) submit a letter to the Court, copying Plaintiff, stating that they rely on the previously filed motion for judgment on the pleadings.  If Defendant files an answer or a new motion for judgment on the pleadings, the Court will deny the previously filed motion as moot.

It is further ORDERED that if no amended complaint is filed, Plaintiff shall file and serve

any opposition to the motion for judgment on the pleadings by **March 13, 2026**.  Defendant's

reply, if any, shall be filed and served by **March 27, 2026.**


SO ORDERED.


Dated: February 23, 2026
         New York, New York                                   JESSE M. FURMAN
                                                         United States District Judge