UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMELIA CUNNINGHAM,

                              Plaintiff,

              v.

COLGATE UNIVERSITY,

                             Defendant.

**NOTICE OF MOTION**

Civil Action No.
1:26-cv-00415 (JMF)

**ORAL ARGUMENT REQUESTED**

       **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon Plaintiff's First Amended Complaint and Defendant's Answer to Plaintiff's First Amended Complaint with Exhibits, Defendant Colgate University shall move before the Honorable Jesse M. Furman, United States District Judge, pursuant to Federal Rule of Civil Procedure 12(c) and the procedures set forth in the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, in particular Local Rule 6.1, for an order dismissing Plaintiff's Complaint on the grounds that the Complaint fails to state a claim on the pleadings, together with such other relief as this Court may deem just and proper.

Dated:  April 17, 2026

BOND, SCHOENECK & KING, PLLC

By:   _/s/Suzanne Messer_
      Suzanne Messer
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8628
Email: smesser@bsk.com

*Attorneys for Colgate University*

In light of Defendant's new motion to for judgment on the pleadings, *see* Docket No. 30, Defendant's earlier motion filed at Docket No. 13 is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

May 18, 2026

23017725